**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRANDON LOVE,

           Plaintiff,

    v.

CITY OF INGLEWOOD, et al.,

           Defendants.

No. 2:25-cv-7268 WLH (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE ON DEFENDANTS' MOTION TO DISMISS (DOC. NO. 26)**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' Motion to Dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) Defendants' Motion to Dismiss as to Plaintiff's Fourth Amendment claim for unreasonable seizure of his person and Plaintiff's Fourteenth Amendment due process claim is GRANTED WITHOUT LEAVE TO AMEND; (3) Defendants' Motion to Dismiss as to Plaintiff's Fourth Amendment claims for unreasonable search of his person and of his vehicle is DENIED; and (4) Defendant City's Motion to Dismiss Plaintiff's Monell claim is GRANTED WITH 14 DAYS' LEAVE TO AMEND.

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at Plaintiff's current address of record, as well as all parties who have appeared in the action.

IT IS SO ORDERED.

DATED: March 27, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2